UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC.,

   Plaintiff(s),        No. C 09-2256 PJH

  v.             **ORDER**

KIA FRIEDMAN,

   Defendant(s).
_____/

   Before the court is plaintiff's proposed order on its motion for writ of attachment and for temporary protective order, along with correspondence between the parties regarding the contents of the order. As noted in the papers, the court denied plaintiff's motion for the former, but granted its motion for the latter at the hearing on September 9, 2009. Because the property sought to be attached or protected was not adequately identified in the motion papers, the court directed the parties to prepare the order. It appears that the parties did not meet and confer and prepare a joint proposed order and defendant's objections are not entirely clear. Accordingly, if defendant believes another form of order is appropriate, defendant shall file her own proposed order by Thursday September 17, 2009, and the court will determine which is more appropriate. If no proposed order is filed by defendant, the court will sign plaintiff's on September 18, 2009.

   **IT IS SO ORDERED.**

Dated: September 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge