1  EMILIO G. GONZALEZ (State Bar No. 197382)
     emiliogonzalez@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5
   SAM N. DAWOOD (State Bar No. 178862)
6    samdawood@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
8  San Francisco, California 94111
   Telephone: (415) 276-6500
9  Fax: (415) 276-6599
10
11 Attorneys for Plaintiff
   MERRILL LYNCH, PIERCE, FENNER &
12 SMITH INCORPORATED

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>    Plaintiff,<br><br>  vs.<br><br>KIA FRIEDMAN,<br><br>    Defendant. | Case No. CV-09-2256 PJH<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL
*Merrill Lynch v. Kia Friedman*
DWT 14851385v1 4900000-000935

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Merrill Lynch, Pierce, Fenner & Smith Inc. ("Plaintiff"), on the one hand, and defendant Kia Friedman ("Defendant"), on the other hand, through undersigned counsel for Plaintiff and Defendant, that this entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear their own attorneys' fees and costs.

**SO STIPULATED**

DATED: June 15, 2010.

DAVIS WRIGHT TREMAINE LLP

By: --*Sam Dawood /s/*
      Emilio G. Gonzalez
      Sam N. Dawood

Attorneys for Plaintiff
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.

DATED: June 15, 2010.

MALEK & MALEK

By: --*Jeff Malek /s/*
      Jeff Malek
      Sandra Malek

Attorneys for Defendant
KIA FRIEDMAN



6/17/10

1

STIPULATION OF DISMISSAL
*Merrill Lynch v. Kia Friedman*
DWT 14851385v1 4900000-000935